UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS KLEBAUM and KELLY KLEBAUM, husband and wife,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | NO.  CV-07-3005-LRS<br><br>ORDER OF DISMISSAL |

Upon the Joint Motion of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

DATED this 30th day of January, 2009.


s/Lonny R. Suko
_____
LONNY R. SUKO
United States District Judge

ORDER  - 1
P81016jmm.RT5.wpd